RECEIVED

MAR 27 2019

Legal Programs Department

SCANNED at LSP and Emailed
3·27·19 by KB . 21 pages
date      initials  No.

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT

Middle          DISTRICT OF LOUISIANA

Albert Anthony Grayer #389690

*Plaintiff's full name (first-middle-last)*
*and prisoner number.*

**CIVIL ACTION**

**NO.:** _____

**VERSUS**

David Voorhies in his individual Capacity

Peter Lollis in his individual Capacity

~~Jenkins Manchester in his individual Capacity~~

*Defendant(s) full name*

Jawan manchester in his individual Capacity

**SECTION:** _____

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for _each_ defendant no longer employed by the Department of Corrections.

### All copies of the complaint must be identical to the original.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the ___Middle District___ of Louisiana.

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes (✓) No ( )

B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit

Plaintiff(s): AlBERT Grayer

Defendant(s): Zuccaro Blackmore William Butler

2.   Court (if federal court, name the district; if state court, name the parish): United States middle District of Louisiana

3.   Docket number: 18-0049-BAJ-EWD

4.   Name of judge to whom case was assigned: ERin Wilder-Doomes

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

6.   Date of filing lawsuit: Jan 22, 2018

7.   Date of disposition: _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?    Yes (✓)  No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

18-CV-00795-BAJ-EWD  Denied  United States District Court Middle District of Louisiana

II.   **Place of present confinement:** Louisiana State Prison

A.   Is there a prisoner grievance procedure in this institution?  Yes (✓) No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes (✓)    No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. LSP-2018-1919

2. What steps did you take? Submitted an grievance to the Warden, appealed to Secretry

3. What was the result? denied at Both levels (Exhibit "B" pg 1-3)

D. If your answer is NO, explain why not: _____

_____

_____

## III.    Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): Albert Grayer #389690

Louisiana State Prison

Angola La 70812

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant, David Voorhies _____ is employed as Captain _____ at Louisiana State Prison

Address for Service: 504 mayflower Baton Rouge, La 70804

C. Additional Defendant, Peter Lollis _____ is employed as major _____ at Louisiana State Prison

Address for Service: 504 mayflower Baton Rouge, La 70804

D. Additional Defendant, Jawan Manchester _____ is employed as Captain _____ at Louisiana State Prison

Address for Service: 504 mayflower Baton Rouge, La 70804

E. Additional Defendant, _____ is employed as _____ at

_____

Address for Service: _____

## IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 7th day of August, 2018 plaintiff broke a light fixture inside his Cell at approx 10:15 am & threw the contents in the hall at which time an Officer witnessed the incident & reported it to the Supervisor completing a disciplinary report against plaintiff. (Attached & marked as Exhibit "A" pg 1 is a copy of this Report). Approx 45 min later all two Defendants Voorhies, Lollis, & Coleman approached plaintiff's Cell defendant Lollis entered plaintiff Cell booth while defendant Voorhies & Cpt Coleman Stood in the doorway ½ in & ½ out. Defendant Voorhies than questioned plaintiff as to the reason why he broke the light fixture & upon plaintiff beginning to explain defendant Voorhies retrieved a Hot Cannister of Chemical agent from behind his back & without order, warning or body Camera began applying the chemical agent into the face of plaintiff Stating "I'm tired of your shit". All 3 officers than exited the tier Only to return moments later wearing gas masks & Cpt. Coleman holding a body Camera. Defendant Voorhies than begin giving plaintiff orders to come to the bars to be re-Strained & before plaintiff had an opportunity to comply defendant Voorhies again administered chemical agent into the face of plaintiff. All officers than left & moments later Major William Rosso entered plaintiff's Cell booth restrained him & placed him in the shower where he was seen by Medical. Plaintiff was than taken out the shower by Cpt. Tawun Manchester & placed back in the maced-filled Cell without it being fumigated. Plaintiff than requested from Manchester Some Cleaning product at which time defendant Manchester told plaintiff to clean it the best way he could because he wasn't giving him shit & gave orders to the Orderlies not to bring plaintiff any. Plaintiff Contends not only was the Use of force excessively applied maliciously & sadistically for the very purpose of Causing harm it was also applied as a Use of punishment rather than in a good faith effort to maintain or restore discipline & the failure to allow decontamination of the Cell

(cont...)

amounted to a Continuation & aggravation of the initial force applied to plaintiff after force had ended inflicting more Unnecessary & Wanton infliction of pain. Defendant Voorhies than falsified legal documents to cover for his Wrong doings. (one report is attached & marked as Exhibit "A" pg 2)

### LEGal Claims

Defendant Voorhies Used excessive force against plaintiff by administering an excessive amount of Chemical agent on him without giving an order or Warning Prison officials violate the Eighth Amendment when the Use of force is excessive and is not applied in an effort to maintain or restore discipline but is Used maliciously & Sadistically to cause harm.

Defendant Voorhies applied chemical agent for the Use of punishment which is in Violation of Department Regulations No. C-02-006 & Penitentiary Directive No. 09.002 which governs the Use of force.

By Witnessing Defendant Voorhies illegal action. Failing to correct that misconduct & encourgaing the Continuation of the misconduct Defendant Lollis is also Violating Plaintiff's right Under the Eighth Amendment to the United States Constitution & Caused plaintiff Unnecessary Wanton infliction & pain.

Albert Grayer

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments.  Cite no cases or statutes.  Attach no exhibits.

1. Plaintiff request an Order declaring that the defendants have acted in Violation of the United States Constitution

2. Plaintiff request Compensatory & punitive damages against each defend. ant jointly & Severally

3. Plaintiff request recovery of Cost in this suit

4. Any additional relief this Court deems just, proper, & equitable

**VI.    Plaintiff's Declaration**

1)    I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _26th_ day of _March_ , 20_19_ .

Signature: _Albert Grayer_

Print Name: _AlBert Grayer_

Address: _Louisiana State Prison_

City/State/Zip: _Angola, La 70712_