UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT GRAYER (#389690)　　　　　　　　　　　CIVIL ACTION NO.

VERSUS　　　　　　　　　　　　　　　　　　　　19-179-BAJ-EWD

DAVID VOORHIES, ET AL.

## RULING

This matter comes before the Court in connection with the Court's Orders dated May 3, 2019 and June 28, 2019.[1] On May 3, 2019, the Court issued an Order granting the plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $4.50, and advising that "this action shall be dismissed" should the plaintiff fail to comply with the Court's Order.[2] The plaintiff failed to pay the initial partial filing fee as ordered, and on June 28, 2019, the plaintiff was ordered to show cause within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee.[3] The plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings, and reserve accounts for the months of May through June 2019, and advised that failure to submit the requested information or a determination by the Court that the plaintiff had sufficient funds to make the required payment but failed to do so would result in dismissal of the plaintiff's action without further notice.[4] A review of the record reveals that though the plaintiff responded to this Court's order,[5] he failed to provide the information required.

---

[1] R. Docs. 3 & 5.
[2] R. Doc. 3.
[3] R. Doc. 5.
[4] R. Doc. 5.
[5] *See* R. Docs 6, 7, & 8.

Pursuant to 28 U.S.C. §1915(b)(1), this Court is required to collect an initial partial filing fee calculated pursuant to the formula specified therein. However, it is further specified that in no event shall a prisoner be prohibited from bringing a civil action because the prisoner has no means by which to pay the initial partial filing fee.[6] Accordingly, when the plaintiff failed to pay the initial partial filing fee as ordered, this Court ordered him to show cause why his Complaint should not be dismissed and to provide copies of his inmate account transaction statements so that this Court could determine if the plaintiff did or did not have the means to pay the fee.[7] The plaintiff has not provided the Court with either the required fee or the documents requested. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, **WITHOUT PREJUDICE**, for failure of the plaintiff to pay the Court's initial partial filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 9, 2019.

_____
HONORABLE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[6] *See* 28 U.S.C. 1915(b)(4).
[7] R. Doc. 5.